# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135118

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUTH HARRINGTON,
      Plaintiff-Appellant,

v

SC: 135118
COA: 270082
Monroe CC: 04-017629-AV
1st District Ct: 02-B-1108-GC

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

p0114